DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALBERTO CAMACHO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1119

_____

February 13, 2026

Appeal from the Circuit Court for Pasco County; Joshua Riba, Judge.

Blair Allen, Public Defender, and Anthony W. Surber, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior publication.